NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MICHAEL JOSEPH MARRERO,                    )
                                           )
                Appellant,                 )
                                           )
v.                                         )          Case No. 2D18-3435
                                           )
STATE OF FLORIDA,                          )
                                           )
                Appellee.                  )
                                           )
_____     )

Opinion filed April 24, 2019.

Appeal from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Howard L. Dimmig, II, Public Defender,
and Richard P. Albertine, Jr., Assistant
Public Defender, Bartow, for Appellant.

Michael J. Marrero, pro se.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.



PER CURIAM.

        Affirmed.

KELLY, KHOUZAM, and BLACK, JJ., Concur.